UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................x
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC, et al, ,

                Plaintiffs,              17 Civ. 5427 (ALC)

    v.                            **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

DONALD J. TRUMP, et al,

                Defendants.
................................................................x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:   August 3, 2017                          Respectfully Submitted,

                                                    CHAD A. READLER
                                                    Acting Assistant Attorney General

                                   By:     *Elizabeth J. Shapiro*
                                                   ELIZABETH J. SHAPIRO
                                                   D.C. Bar #418925
                                                   20 Massachusetts Ave., N.W.
                                                   Washington, D.C. 20530
                                                   Telephone: (202) 514-5302
                                                   Facsimile: (202) 616-8470
                                                   Elizabeth.Shapiro@usdoj.gov