USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/26/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. ET AL.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>TRUMP ET AL.,<br><br>　　　　　　　　　　Defendants | 17-CV-5427 (ALC)<br><br>**ORDER SETTING CONFERENCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　This case has been assigned to the undersigned for all purposes. Attorneys for all parties are directed to attend an Initial Pretrial Conference before the undersigned, in accordance with Rule 16 of the Federal Rules of Civil Procedure, on October 13, 2017, at 3:00 p.m. in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties should be prepared to discuss Defendants' pre-motion conference letter seeking to file a motion to dismiss. Requests for adjournment of the Initial Pretrial Conference will be considered only if made in writing and in accordance with the undersigned's Individual Practices.

**SO ORDERED.**

**Dated:**　　September 26, 2017
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**