USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/16/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. ET AL.,**<br><br>　　　　　　　　　**Plaintiffs,**<br><br>　　　　-v.-<br><br>**TRUMP ET AL.,**<br><br>　　　　　　　　　**Defendants** | 17-CV-5427 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court held a pre-motion conference on October 13, 2017. As discussed at the conference, the Court grants plaintiffs leave to file a second amended complaint. The complaint must be filed on or before October 20, 2017.

　　In addition, the following briefing schedule was set for defendants' anticipated Rule 12 motion:

　　　　Defendants' Motion:　　　　November 17, 2017

　　　　Plaintiffs' Opposition:　　　　December 8, 2017

　　　　Defendants' Reply:　　　　December 20, 2017

**SO ORDERED.**

Dated:　　**October 16, 2017**
　　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**