# EXHIBIT A

# Natasha Merle

**From:** Natasha Merle
**Sent:** Friday, October 13, 2017 12:00 PM
**To:** Samuel Spital; 'elizabeth.shapiro@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'kristina.wolfe@usdoj.gov'; 'joseph.borson@usdoj.gov'
**Cc:** 'Andrea Senteno'
**Subject:** LDF v. Trump meeting

Good afternoon,

I hope you are well. Are you available to meet today at 2:30pm at the Thurgood Marshall courthouse to discuss a discovery schedule?

Thanks,
Natasha

1