UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, Inc. *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 17 Civ. 05427 (ALC)<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF HISPANIC FEDERATION

　　PLEASE TAKE NOTICE that Attorney Joanna Elise Cuevas Ingram respectfully moves this Court for leave to withdraw as counsel of record for Plaintiff Hispanic Federation in the above-captioned matter as of as of January 5, 2018, my last day of employment with LatinoJustice PRLDEF.  I have advised Plaintiff Hispanic Federation of my intention to withdraw as counsel in this matter. Attorneys from LatinoJustice PRLDEF and the NAACP Legal Defense & Educational Fund (LDF) will remain co-counsel for Plaintiff Hispanic Federation in this matter, and no party will be prejudiced if this Motion is granted.

　　WHEREFORE, undersigned counsel and Plaintiff Hispanic Federation respectfully request that this Court permit Joanna Elise Cuevas Ingram to withdraw as counsel of record for Plaintiff Hispanic Federation in this matter.

Dated: New York, New York
　　　　December 29, 2017　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Joanna Elise Cuevas Ingram
　　　　　　　　　　　　　　　　　　　　　　　　Joanna Elise Cuevas Ingram (JC 2704)
　　　　　　　　　　　　　　　　　　　　　　　　LatinoJustice PRLDEF
　　　　　　　　　　　　　　　　　　　　　　　　99 Hudson Street, 14th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　　　　　　212.739.7576
　　　　　　　　　　　　　　　　　　　　　　　　jcuevas@latinojustice.org