

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

January 3, 2018

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10017

    Re:  *NAACP Legal Defense & Educational Fund, Inc., et al. v. Donald J. Trump, et al.*, **No. 17-cv-05427 (ALC)**

Dear Judge Carter:

    Today, the President signed an Executive Order terminating the Presidential Advisory Commission on Election Integrity.  *See* https://www.whitehouse.gov/presidential-actions/executive-order-termination-presidential-advisory-commission-election-integrity/ (last visited Jan. 3, 2018) (copy attached hereto).  Undersigned counsel will confer with counsel for the plaintiffs about next steps for moving forward.

    Respectfully submitted,

    */s/ Carol Federighi*
    ELIZABETH J. SHAPIRO
    CAROL FEDERIGHI
    KRISTINA A. WOLFE
    JOSEPH E. BORSON
    United States Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883
    Washington, DC 20044
    Phone: (202) 514-1903
    Email: carol.federighi@usdoj.gov

    *Counsel for Defendants*

CC: Opposing Counsel (by ECF)

Skip to content



Share

- Economy
- National Security
- Budget
- Immigration
- Healthcare

Executive Orders

# Executive Order on the Termination of Presidential Advisory Commission on Election Integrity

Issued on: January 3, 2018

- Share:
- facebook
- twitter
- link

All News

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

Section 1.  Executive Order 13799 of May 11, 2017 (Establishment of Presidential Advisory Commission on Election Integrity), is hereby revoked, and the Presidential Advisory Commission on Election Integrity is accordingly terminated.

Sec. 2.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department, agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party (other than by the United States) against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

THE WHITE HOUSE,

January 3, 2018.



The White House

- Live
- Jobs
- Get Involved
- Copyright Policy
- Privacy Policy

- Twitter
- Facebook
- Instagram
- Contact

- News
- Issues

- [The Administration](#)
- [About The White House](#)
- [Get Involved](#)

- [Economy](#)
- [National Security](#)
- [Budget](#)
- [Immigration](#)
- [Healthcare](#)



Close Search

Type Your Search   Press enter to search