

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

---

Kristina A. Wolfe                                                                 Tel:  (202) 353-4519
Trial Attorney                                                                     kristina.wolfe@usdoj.gov

January 18, 2018

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10017

      Re:  *NAACP Legal Defense & Educational Fund, Inc., et al. v. Donald J. Trump, et al.*,
            **No. 17-cv-05427 (ALC)**

Dear Judge Carter:

     Defendants respectfully write to update the Court on the status of their discussions with counsel for plaintiffs since filing notice of the Commission's dissolution.  On January 3, 2018, defendants notified the Court that the President had signed an Executive Order terminating the Presidential Advisory Commission on Election Integrity ("Commission").  *See* Letter from C. Federighi to Judge Carter (Jan. 3, 2018), ECF No. 86; *see also* Executive Order No. 13,820, 83 Fed. Reg. 969 (Jan. 3, 2018).  Defendants also noted that they would confer with counsel for the plaintiffs about next steps for moving forward.

     Defendants subsequently submitted the Second Declaration of Charles C. Herndon in *Dunlap v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-2361 (CKK) (D.D.C.) (hereinafter "Second Herndon Decl.") (attached as Exhibit A), informing the *Dunlap* court that the "state voter data has never been transferred to, or accessed or utilized by, the Department of Homeland Security ('DHS') or any other agency[,]" and "will not be transferred to, or accessed or utilized by, DHS or any other agency, except to the National Archives and Records Administration ('NARA'), pursuant to federal law, if the records are not otherwise destroyed." Second Herndon Decl. ¶ 4. The declaration also makes clear that the "Commission did not create any preliminary findings." *Id.* ¶ 5.  Defendants provided counsel for plaintiffs a copy of the Second Herndon Declaration on January 10, 2018.

     Undersigned counsel for defendants and counsel for plaintiffs are currently discussing next steps for moving forward.

        Respectfully submitted,

        */s/ Kristina A. Wolfe*
        ELIZABETH J. SHAPIRO
        CAROL FEDERIGHI
        KRISTINA A. WOLFE
        JOSEPH E. BORSON
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, DC 20530
        Phone: (202) 353-4519
        Email: kristina.wolfe@usdoj.gov

        *Counsel for Defendants*

CC: Counsel of Record (by ECF)