February 7, 2018

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>NAACP Legal Defense and Educational Fund, Inc., et al. v. Trump, et al.,
              17 Civ. 05427 (ALC)</u>

Dear Judge Carter:

      Pursuant to the Court's January 24, 2018 order, the parties write to provide the Court with a Joint Status Report. Following the dissolution of the Presidential Advisory Commission on Election Integrity, the parties have engaged in good faith negotiations regarding a resolution of this matter. The parties have narrowed the remaining issues to a discrete few and are continuing to confer. We are attempting to reach a resolution without further court involvement and can provide an update on or before February 28, 2018.

      Respectfully submitted,

      <u>/s/ Natasha Merle</u>
      Natasha C. Merle
      Bar No. NM3056
      NAACP LEGAL DEFENSE &
          EDUCATIONAL FUND, INC.
      40 Rector St., 5th Floor
      New York, NY 10006
      Tel.: (212) 965-2200
      Fax.: (212) 226-7592
      nmerle@naacpldf.org

      *Counsel for Plaintiffs*

      <u>/s/ Kristina A. Wolfe</u>
      ELIZABETH J. SHAPIRO
      CAROL FEDERIGHI
      KRISTINA A. WOLFE
      JOSEPH E. BORSON

                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  P.O. Box 883
                                                  Washington, DC 20044
                                                  Phone: (202) 353-4519
                                                  Email: kristina.wolfe@usdoj.gov

                                                  *Counsel for Defendants*

Cc:     All counsel of record (via ECF)