UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 17 Civ. 05427 (ALC) |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

In light of Defendants' Notice, dated February 28, 2018, Doc. 92, Plaintiffs NAACP Legal Defense & Educational Fund, Inc.; The Ordinary People Society; #HealSTL; National Association for the Advancement of Colored People Pennsylvania State Conference; National Association for the Advancement of Colored People Florida State Conference; Hispanic Federation; Mi Familia Vota; Southwest Voter Registration Education Project; and Labor Council for Latin American Advancement ("Plaintiffs"), by and through their respective counsel, hereby move for an Order of Voluntary Dismissal of the above-captioned action, *without prejudice*, against the Defendants Donald J. Trump, in his official capacity as President of the United States; Presidential Advisory Commission on Election Integrity, an advisory committee formerly commissioned by President Trump; Michael R. Pence, in his former official capacity as Chair of the Presidential Advisory Commission on Election Integrity; and Kris W. Kobach, in his former official capacity as Vice Chair of the Presidential Advisory Commission on Election Integrity, pursuant to the Federal Rules of Civil Procedure 41(a)(2).

Plaintiffs hereby move that all parties shall bear their own costs and expenses incurred in the above-captioned action.

Respectfully submitted this 28th day of February, 2018.

| | |
|---|---|
| */s/ Natasha C. Merle* | */s/ Andrea Senteno* |
| Sherrilyn A. Ifill | Andrea Senteno* |
| Bar No. SI8699 | NY Bar No. 5285341 |
|   *President & Director-Counsel* | Burth G. Lopez* |
| Janai S. Nelson | DC Bar No. 976981 |
| Bar No. JN1825 | Mexican American Legal |
| Samuel Spital |   Defense and Educational Fund |
| Bar No. SS4839 | 1016 16th Street, NW, Suite 100 |
|   *Counsel of Record* | Washington, D.C. 20036 |
| Natasha C. Merle | T: (202) 293-2828 x. 19 |
| Bar No. NM3056 | F: (202) 293-2849 |
| Rachel M. Kleinman | asenteno@maldef.org |
| Bar No. RK0860 | |
| NAACP Legal Defense & | Thomas A. Saenz** |
|   Educational Fund, Inc. | CA Bar No. 159430 |
| 40 Rector St., 5th Floor | Julia Gomez |
| New York, NY 10006 | Bar No. JG2323 |
| Tel.: (212) 965-2200 | Mexican American Legal |
| Fax.: (212) 226-7592 |   Defense and Educational Fund |
| sifill@naacpldf.org | 634 S. Spring Street, 11th Floor |
| jnelson@naacpldf.org | Los Angeles, CA  90014 |
| sspital@naacpldf.org | T: (213) 629-2512 |
| nmerle@naacpldf.org | F: (213) 629-0266 |
| rkleinman@naacpldf.org | tsaenz@maldef.or |
| | jgomez@maldef.org |
| *Attorneys for Plaintiffs NAACP LDF; The Ordinary People Society; #HealSTL NAACP Pennsylvania State Conference; NAACP Florida State Conference; Hispanic Federation* | *Admitted Pro Hac Vice<br>**Pro Hac Vice Application Pending<br><br>*Attorneys for Plaintiffs Mi Familia Vota; Southwest Voter Registration Education Project; Labor Council for Latin American Advancement* |

*/s/ Juan Cartagena*
Juan Cartagena
Bar No. JC5087
*President & General Counsel*
Jose L. Perez
Bar No. JP0116
Jackson Chin
Bar No. JC3494
LatinoJustice PRLDEF
99 Hudson St., 14th Floor
New York, NY 10013
Tel.: (212) 219-3360
Fax: (212) 431-4276
jcartagena@latinojustice.org
jperez@latinojustice.org
jchin@latinojustice.org

*Attorneys for Plaintiff Hispanic Federation*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users.

Dated: February 28, 2018

*/s/ Natasha C. Merle*
Natasha C. Merle
NAACP LEGAL DEFENSE
AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax: (212) 229-7592

*Attorney for Plaintiffs*