USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___2/28/18___

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC., et al.,

                    Plaintiffs,

     v.

DONALD J. TRUMP, in his official
capacity as President of the United States,
et al.,

                  Defendants.

Civil Action No. 17 Civ. 05427 (ALC)

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

This matter is before the Court on Plaintiffs NAACP Legal Defense & Educational Fund, Inc.; The Ordinary People Society; #HealSTL; National Association for the Advancement of Colored People Pennsylvania State Conference; National Association for the Advancement of Colored People Florida State Conference; Hispanic Federation; Mi Familia Vota; Southwest Voter Registration Education Project; and Labor Council for Latin American Advancement's Motion for Voluntary Dismissal of the above-captioned action, *without prejudice*, against the Defendants Donald J. Trump, in his official capacity as President of the United States; Presidential Advisory Commission on Election Integrity, an advisory committee formerly commissioned by President Trump; Michael R. Pence, in his former official capacity as Chair of the Presidential Advisory Commission on Election Integrity; and Kris W. Kobach, in his former official capacity as Vice Chair of the Presidential Advisory Commission on Election Integrity.

1

Plaintiffs' Motion is hereby GRANTED.

All parties shall bear their own costs and expenses incurred in the above-captioned

action.

IT IS SO ORDERED this 28 day of February, 2018.

HON. ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE

2